# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Iris Hernandez, et al.,<br><br>　　　　　　Defendant. | No. 14-1241M<br><br>**MATERIAL WITNESS ORDER** |

Defendants, Iris Hernandez, Joel Torres-Torres, Joel Torres-Belman and Cayetano Ruiz-Nunez, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Border Patrol Agent Jerry Rivas filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint :

　　Eric Roman-Gonzalez, Hector Zavala-Morales and Julio Cesar Mata-Islas

　　The Magistrate Judge finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

. . .

. . .

. . .

1    **IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C §
2    3144 in a corrections facility separate, to the extent practicable, from persons awaiting or
3    serving sentences or being held in custody pending appeal.  The witnesses shall be
4    afforded a reasonable opportunity for private consultation with counsel.
5    Dated this 7th day of March, 2014.

_____
David K. Duncan
United States Magistrate Judge